JDN

**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Christopher Lee Tindall, | ) | No. CV 05-0341-PHX-DGC (JRI) |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Kmart Corporation, et al., | ) | |
| Defendants. | ) | |

On December 19, 2005, Plaintiff filed a Motion to Reinstate Case (Dkt. # 8). In his Motion Plaintiff requests leave to amend his civil rights Complaint and permission to proceed with the action. He argues that, as a *pro se* litigant, he is entitled to an opportunity to amend or correct his pleadings.

Plaintiff filed his Complaint (Dkt. # 1) on January 28, 2005. By Order dated November 10, 2005 (Dkt. # 6), Plaintiff's Complaint was dismissed for failure to state a claim. The Clerk's Judgment (Dkt. # 7) was entered on the same day. As stated in its Order, Plaintiff's Complaint was improperly brought pursuant to § 1983 because the named Defendants were not acting under color of state law. Conduct of a defendant acting under color of state law is a required element in a § 1983 claim. Leave to amend the Complaint is futile because the Defendants are private actors; the defect cannot be corrected.

1
2
3
4
...
28

**IT IS THEREFORE ORDERED that** Plaintiff's Motion to Reinstate Case (Dkt. # 8) is denied.

DATED this 31st day of January, 2006.

_____
David G. Campbell
United States District Judge

- 2 -